# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

AMBER ROSS,

Appellant,

v.

AARON ROSS,

Appellee.

No. 2D23-589

————————————————

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Jack Helinger, Judge.

Shazia N. Sparkman of Sparkman Law, P.A., Tampa, for Appellant.

Allison M. Perry of Florida Appeals, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.